IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE BONNER, | : | |
| Petitioner, | : | 1:15-cv-2489 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN R.A. PERDUE, | : | |
| Respondent. | : | |

# **ORDER**

## **December 27, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge